**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM MATTHEWS,** | : | **CIVIL NO. 1:26-CV-1335** |
| | : | |
| **Plaintiff,** | : | **(Judge Neary)** |
| **v.** | : | |
| | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| | : | |
| **Defendant.** | : | |

**MEMORANDUM**

This matter comes before the court upon the Report and Recommendation ("R&R") of Magistrate Judge Susan E. Schwab, wherein Judge Schwab recommends (Doc. 5) that the court dismiss the above captioned case pursuant to the plaintiff's failure to either pay the required filing fee or to properly file an application to proceed *in forma pauperis*. (Doc. 6).

The court notes that no objections have been filed to date. See FED. R. CIV. P. 72(b)(2). Our court of appeals has made clear that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level." Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)). However, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the R&R, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes.

After reasoned consideration of Judge Schwab's R&R, the court finds it to be sound and adopts it in its entirety.

The Clerk of Courts filed information to the docket appraising Matthews of his requirement to, within thirty days, either pay the filing fee or file *in forma pauperis* paperwork. (Doc. 3). It has now been over five months, and Matthews has done neither, nor filed anything to indicate any other reason the case should not be dismissed. Judge Schwab recommends that the court therefore dismiss the case without prejudice. (Doc. 5).

The court concurs with Judge Schwab and will order dismissal without prejudice. An appropriate order follows.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania